# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2371
L.T. Case No. 2010-CF-001359

_____

SABRINA MARIE DICUS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court of Hernando County.
Stephen E. Toner, Jr., Judge.

Matthew J. Metz, Public Defender, and Natalie R. Gossett, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Deborah Chance, Assistant Public Defender, Daytona Beach, for Appellee.

July 9, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and JAY and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____